**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-7418

TONY CURETON,

Plaintiff - Appellant,

versus

BILL BAKER, Superintendent at the Avery-Mitchell Correctional Center; MR. CORPETIN, Assistant Superintendent at Avery-Mitchell Correctional Center; ELLA MARKLAND, Physician at Avery-Mitchel Correctional Center; THE UTILIZATION REVIEW BOARD; NORTH CAROLINA DEPARTMENT OF CORRECTION,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-02-292-3-2-MU)

Submitted:  January 16, 2003          Decided:  January 23, 2003

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Cureton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Cureton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cureton v. Baker, No. CA-02-292-3-2-MU (W.D.N.C. filed Aug. 14, 2002 & entered Aug. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED